UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 3 0 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA
BY _____ EPD

| | |
|---|---|
| MIDLAND FUNDING LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>ERLINDA OTTEN,<br><br>        Defendant. | CASE NO. 10CV0241-JLS(BLM)<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER Local Cv Rule 41.1 FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Cv Rule 41.1, and it appearing to the court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, for want of prosecution.

DATED: JANUARY 27, 2012

_____
JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

ENTERED ON _____